# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
C.R. Pittman Construction Company, Inc. ) ASBCA No. 58457
)
Under Contract No. DACW29-02-C-0062 )

APPEARANCES FOR THE APPELLANT: Gerald A. Melchiode, Esq.
James J. Reeves II, Esq.
  Galloway, Johnson, Tompkins, Burr & Smith
  New Orleans, LA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
William G. Meiners, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, New Orleans

## ORDER OF DISMISSAL

This appeal has been settled. Accordingly, it is hereby dismissed with prejudice.

Dated: 13 May 2014

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58457, Appeal of C.R. Pittman Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals